■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY JONES, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Nicolai, J.), rendered September 18, 1990, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed.

The defendant made a knowing, intelligent, and voluntary waiver of his right to appeal while being represented by legally competent counsel *(cf., People v Love,* 57 NY2d 998,

1000; *People v Brown,* 45 NY2d 852). Accordingly, the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Balletta, J. P., Rosenblatt, Ritter and Copertino, JJ., concur.